# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| Stephanie Clewett,<br><br>    Plaintiff,<br><br>vs.<br><br>American Credit Resolution, Inc.,<br><br>    Defendant. | Case No.: 2:17-cv-01613-MCE-CMK<br><br>**ORDER** |

Based on the Stipulation of counsel and pursuant to FRCP 41(a)(1)(ii), this case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Dated: November 27, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE